UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on March 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Dawn A. Foerst, Raymond Foerst,

Debtors.

Case No.:  <u>16-31228 MBK</u>

Adv. No.:

Hearing Date:  2/20/2017 @ 10:00 a.m..

Judge:  <u>Michael B. Kaplan</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: March 1, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Dawn A. Foerst, Raymond Foerst
Case No:  16-31228 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured
Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic
stay as to real of 2013 TOYOTA COROLLA , VIN:2T1BU4EE5DC069965, and it appearing that notice of
said motion was properly served upon all parties concerned, and this Court having considered the
representations of attorneys for Secured Creditor and Eugene D. Roth, Esquire, attorney for Debtors, and for
good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 15, 2017, Debtors are due for
the March 6, 2018 post-petition payment; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume March
6, 2018 directly to Secured Creditor's servicer, Toyota Motor Credit Corporation, P.O. Box 9490, Cedar
Rapids, Iowa 52409-9490; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter
13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within
thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic
Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is
more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,
supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at
the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded
reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling
$531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-31228-MBK
Dawn A. Foerst                                                  Chapter 13
Raymond Foerst
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Mar 01, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db/jdb          +Dawn A. Foerst,   Raymond Foerst,   2226 6th Avenue,   Toms River, NJ 08753-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eugene D. Roth   on behalf of Debtor Dawn A. Foerst  erothesq@gmail.com
          Eugene D. Roth   on behalf of Joint Debtor Raymond  Foerst erothesq@gmail.com
          Jill  Manzo   on behalf of Loss Mitigation   JP Morgan Chase bankruptcy@feinsuch.com
          Jill  Manzo   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
           MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY
           SAVINGS BANK bankruptcy@feinsuch.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
                                                                          TOTAL: 7