**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Eugene D. Roth - 4239
Valley Park East, Suite 307
2520 Highway 35
Manasquan, NJ 08736
732-292-9288
Attorney for Debtor.

Order Filed on March 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Dawn A. and Raymond Foerst, | CASE NO: 16-31228 (MBK) CHAPTER 13 |
| DEBTOR | Hearing Date: April 3, 2018 @ 10:00 AM |

## ORDER APPROVING MOTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2)through (2) is hereby **ORDERED**.

**DATED: March 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING MORTGAGE MODIFICATION

IN RE.: Dawn A. and Raymond Foerst
CASE NO.: 16-31228
DATE OF HEARING: 04/03/2018
JUDGE: Michael B. Kaplan, U.S.B.J.

It appearing that the Debtor having filed a Motion Seeking to Approve Mortgage Modification with JP Morgan Chase Bank, N.A. and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. Debtor's request for authorization to modify existing mortgage with JP Morgan Chase, Bank, N.A. be and is hereby granted.
2. Within 30 days of entry of the loan modification order, mortgagee, JP Morgan Chase Bank, N.A. shall amend its Proof of Claim designated on the Court Claims Register as Claim #8-1 to reflect the terms of the mortgage loan as modified.
3. Debtor is to file a Modified Plan within 30 days of the date of the Order.

United States Bankruptcy Court
District of New Jersey

In re:
Dawn A. Foerst
Raymond Foerst
    Debtors

Case No. 16-31228-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 22, 2018
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db/jdb        +Dawn A. Foerst,    Raymond Foerst,    2226 6th Avenue,    Toms River, NJ 08753-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
           Albert   Russo   docs@russotrustee.com
           Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Eugene D. Roth   on behalf of Debtor Dawn A. Foerst erothesq@gmail.com
           Eugene D. Roth   on behalf of Joint Debtor Raymond  Foerst erothesq@gmail.com
           Jill   Manzo   on behalf of Loss Mitigation   JP Morgan Chase bankruptcy@feinsuch.com
           Jill  Manzo   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
            MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY
            SAVINGS BANK bankruptcy@feinsuch.com
           Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
                                                                                      TOTAL: 7