Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 16–31228–MBK
                              Chapter: 13
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dawn A. Foerst                                         Raymond Foerst
  2226 6th Avenue                                     2226 6th Avenue
  Toms River, NJ 08753                         Toms River, NJ 08753

Social Security No.:
  xxx–xx–7284                                           xxx–xx–9699

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            7/10/18
Time:           10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 7, 2018
JAN: amg

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court