Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31228−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dawn A. Foerst                                      Raymond Foerst
2226 6th Avenue                                     2226 6th Avenue
Toms River, NJ 08753                                Toms River, NJ 08753

Social Security No.:
   xxx−xx−7284                                      xxx−xx−9699

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         7/10/18
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 7, 2018
JAN: amg

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 16-31228-MBK
Dawn A. Foerst                                                      Chapter 13
Raymond Foerst
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2               Date Rcvd: Jun 07, 2018
                              Form ID: 132             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
db/jdb         +Dawn A. Foerst,    Raymond Foerst,    2226 6th Avenue,    Toms River, NJ 08753-6030
lm              JP Morgan Chase,    P.O. Bo x15298,   Wilmington, DE  19850
516485289      +Abington Health,    c/o of Care Payment,    Omaha, NE 68103
516485291     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886)
516696513      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516485293       Chase,   Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
516485296      +Chase Home Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
517354610      +Chase Records Center,    Attn: correspondence mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe, LA 71203-4774
516485297      +Citicard,    PO Box 9001037,    Louisville, KY 40290-1037
516485299      +Community Medical Center,    c/o B&B Collections,    PO Box 2137,    Toms River, NJ 08754-2137
516667432       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
516485300       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
516485301      +Interpretive Neurophysiologic,    700 US 46,    Suite 420,    Fairfield, NJ 07004-1532
516702640      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    MAIL CODE OH4-7142,    3415 VISION DRIVE,
                COLUMBUS, OH 43219-6009
516708088      +LP Morgan Chase,    700 Kansas Lane,    Monroe, LA 71203-4774
516485302      +Lowes/Synchrony Bank,    c/o Selip & Stylianou, LLP,    199 Crossways Park Drive,
                Woodbury, NY 11797-2016
516485303      +Macy's,    PO Box 6167,    Sioux Falls, SD 57117-6167
516485304      +Medical Diagnostics,    c/o Remax,    307 Wall Street,    Princeton, NJ 08541-0001
516485305      +Merck US Savings Plan,    Fidelity Brokerage Services, LLC,    900 Salen Street,
                Smithfield, RI 02917-1243
516485308     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855)
516547688      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516485309       Wells Fargo Education Financial Services,    PO Box 5185,    Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 22:45:30      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 22:45:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516485290       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 22:47:34      Amazon,    C/O Syncrony Bank,
                PO Box 105972,    Atlanta, GA 30348-5972
516485292      +E-mail/Text: bnc@alltran.com Jun 07 2018 22:44:46      Best Buy,    c/o United Recovery,
                PO Box 722910,    Houston, TX 77272-2910
516485298       E-mail/Text: ebn@barnabashealth.org Jun 07 2018 22:45:56      Community Medical Center,
                c/o BCA Financial Sercives, Inc.,    PO Box 29969,    New York, NY 10087-9969
516658866       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 22:47:21
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516485306      +E-mail/Text: electronicbkydocs@nelnet.net Jun 07 2018 22:45:33      Nelnet,
                Department of Education,    PO Box 82561,    Lincoln, NE 68501-2561
516702895       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 22:47:39
                Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
516702252       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 22:47:13
                Portfolio Recovery Associates, LLC,    c/o Staples Consumer,    POB 41067,    Norfolk VA 23541
516702960       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 22:47:13
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
516485307      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 22:47:33      Rooms To Go,    PO Box 90061,
                Orlando, FL 32896-0001
516502834      +E-mail/Text: electronicbkydocs@nelnet.net Jun 07 2018 22:45:33      U.S. Department of Education,
                C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516485294*       Chase,   Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
516485295*       Chase,   Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 07, 2018
                              Form ID: 132             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor Dawn A. Foerst erothesq@gmail.com
              Eugene D. Roth    on behalf of Joint Debtor Raymond   Foerst erothesq@gmail.com
              Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
               MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY
               SAVINGS BANK bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Loss Mitigation    JP Morgan Chase bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
                                                                                             TOTAL: 8
```