| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dawn A. Foerst<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7284<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Raymond Foerst<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9699<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–31228–MBK | | |

# Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Dawn A. Foerst                                    Raymond Foerst


  8/25/21                                           **By the court:** Michael B. Kaplan
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-31228-MBK |
| Dawn A. Foerst | Chapter 13 |
| Raymond Foerst | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dawn A. Foerst, Raymond Foerst, 2226 6th Avenue, Toms River, NJ 08753-6030 |
| lm | | JP Morgan Chase, P.O. Bo x15298, Wilmington, DE 19850 |
| 516485289 | | Abington Health, c/o of Care Payment, Omaha, NE 68103 |
| 516696513 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516485299 | + | Community Medical Center, c/o B&B Collections, PO Box 2137, Toms River, NJ 08754-2137 |
| 516485301 | + | Interpretive Neurophysiologic, 700 US 46, Suite 420, Fairfield, NJ 07004-1532 |
| 516708088 | + | LP Morgan Chase, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 516485302 | + | Lowes/Synchrony Bank, c/o Selip & Stylianou, LLP, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 516485304 | + | Medical Diagnostics, c/o Remax, 307 Wall Street, Princeton, NJ 08541-0001 |
| 516485305 | + | Merck US Savings Plan, Fidelity Brokerage Services, LLC, 900 Salen Street, Smithfield, RI 02917-1243 |
| 516547688 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516485290 | | EDI: RMSC.COM | Aug 26 2021 00:23:00 | Amazon, C/O Syncrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 516485291 | | EDI: BANKAMER.COM | Aug 26 2021 00:23:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 516485292 | + | EDI: URSI.COM | Aug 26 2021 00:23:00 | Best Buy, c/o United Recovery, PO Box 722910, Houston, TX 77272-2910 |
| 516485297 | + | EDI: CITICORP.COM | Aug 26 2021 00:23:00 | Citicard, PO Box 9001037, Louisville, KY 40290-1037 |
| 516485298 | | Email/Text: ebn@rwjbh.org | Aug 25 2021 20:24:00 | Community Medical Center, c/o BCA Financial Sercives, Inc., PO Box 29969, New York, NY 10087-9969 |
| 516667432 | | EDI: Q3G.COM | Aug 26 2021 00:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516485300 | | EDI: CITICORP.COM | Aug 26 2021 00:23:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 516485293 | | EDI: JPMORGANCHASE | Aug 26 2021 00:23:00 | Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 516485296 | | EDI: JPMORGANCHASE | | |

Case 16-31228-MBK    Doc 72    Filed 08/27/21    Entered 08/28/21 00:12:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2021 00:23:00 | Chase Home Mortgage, PO Box 24696, Columbus, OH 43224 |
| 517354610 | | EDI: JPMORGANCHASE | Aug 26 2021 00:23:00 | Chase Records Center, Attn: correspondence mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516702640 | | EDI: JPMORGANCHASE | Aug 26 2021 00:23:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, MAIL CODE OH4-7142, 3415 VISION DRIVE, COLUMBUS, OH 43219 |
| 516658866 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516485303 | + | EDI: CITICORP.COM | Aug 26 2021 00:23:00 | Macy's, PO Box 6167, Sioux Falls, SD 57117-6167 |
| 516485306 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 25 2021 20:24:00 | Nelnet, Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 516702895 | | EDI: PRA.COM | Aug 26 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 516702252 | | EDI: PRA.COM | Aug 26 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Staples Consumer, POB 41067, Norfolk VA 23541 |
| 516702960 | | EDI: PRA.COM | Aug 26 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516485307 | + | EDI: RMSC.COM | Aug 26 2021 00:23:00 | Rooms To Go, PO Box 90061, Orlando, FL 32896-0001 |
| 516485308 | | EDI: TFSR.COM | Aug 26 2021 00:23:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 516502834 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 25 2021 20:24:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 516485309 | | EDI: WFFC.COM | Aug 26 2021 00:23:00 | Wells Fargo Education Financial Services, PO Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516485294 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 516485295 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 25, 2021 | Form ID: 3180W | Total Noticed: 34

Date: Aug 27, 2021         Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Dawn A. Foerst erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Raymond Foerst erothesq@gmail.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, as servicer for MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY SAVINGS BANK bankruptcy@fskslaw.com |
| Jill Manzo | on behalf of Loss Mitigation JP Morgan Chase bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION, as servicer for MANUFACTURERS AND TRADERS TRUST COMPANY, A/K/A M&T BANK, SUCCESSOR BY MERGER WITH HUDSON CITY SAVINGS BANK bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |

TOTAL: 9